# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-24-00033-CR
NO. 03-24-00034-CR

**The State of Texas, Appellant**

**v.**

**Manuel Gutierrez Torres, Appellee**

**FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY
NOS. C-18-0137-SB & C-18-0860-SA,
THE HONORABLE BARBARA L. WALTHER, JUDGE PRESIDING**

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

PER CURIAM

The State has filed notices of appeal from the trial court's order dismissing the prosecutions in cause numbers C-18-0860-SA and C-18-0137-SB for failure to provide a speedy trial to appellee Manuel Gutierrez Torres. *See* Tex. Code Crim. Proc. art. 44.01(a)(1). Torres's appointed appellate counsel, Madison Hagopian, has filed motions to substitute Don Payne as counsel in the causes. In her motions, Hagopian advises this Court that she can no longer represent Torres because of a change of employment.

The trial court has the responsibility for appointing counsel to represent indigent defendants on appeal as well as the authority to relieve or replace appointed counsel upon a finding of good cause. *See id.* arts. 1.051(d), 26.04(j)(2). Accordingly, when counsel is

appointed by the trial court to represent an indigent defendant on appeal, it is the trial court's responsibility to relieve or replace counsel. *See Alvarado v. State*, 562 S.W.3d 450, 450–51 (Tex. App.—Houston [1st Dist.] 2014, no pet.); *Enriquez v. State*, 999 S.W.2d 906, 907 (Tex. App.—Waco 1999, no pet.); *Williamson v. State*, No. 03-12-00672-CR, 2013 WL 363677, at *1 (Tex. App.—Austin Jan. 25, 2013, no pet.) (mem. op., not designated for publication).

We therefore dismiss counsel's motions to substitute, abate the appeals, and remand the above causes to the trial court. If the trial court determines that good cause exists for replacing counsel with substitute counsel, the trial court shall remove counsel and promptly appoint substitute counsel for the appeals of these causes.

The trial court clerk is instructed to file with this Court no later than March 14, 2025, a supplemental clerk's record containing copies of the court's order appointing substitute counsel and the court's order allowing counsel's removal.

It is so ordered February 28, 2025.


Before Justices Theofanis, Crump, and Ellis

Abated and Remanded

Filed:  February 28, 2025

Do Not Publish